AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

Annmarie Mallozzi, Individually and on behalf of
all others similarly situated,

V.

INDUSTRIAL ENTERPRISES OF AMERICA,
INC.; JOHN MAZZUTO; JORGE YEPES;
DENNIS O'NEILL; and JAMES MARGULIES

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

07 CV 10321

TO: (Name and address of Defendant)

Industrial Enterprises of America, Inc.
711 Third Avenue, Suite 1505
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 1 4 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11/14/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Nathan Huddell | Paralegal - The Rosen Law Firm |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Industrial Enterprises of America, Inc.
Served on Jaclyn Flores, receptionist.     711 Third Avenue, Suite 1505
New York, NY 10017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/14/07___
        Date

_Signature of Server_

350 Fifth Avenue, Suite 5508, New York, NY
        Address of Server                                    10118

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.