JUDGE DANIELS

# UNITED STATES DISTRICT COURT

Southern District of New York

Annmarie Mallozzi, Individually and on behalf of all others similarly situated,

V.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 cv 10321

TO: (Name and address of Defendant)

John Mazzutto
Industrial Enterprises of America, Inc.
711 Third Avenue, Suite 1505
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  NOV 1 4 2007

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/14/07 |
| NAME OF SERVER (PRINT) Nathan Huddell | TITLE Paralegal, The Rosen Law Firm |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
Jaclyn Flores

☐ Returned unexecuted:

☑ Other (specify): After leaving a copy of the summons and complaint with Ms. Flores at Mr. Mazzutto's office, on 11/14/07 I mailed via first class mail a copy of the summons and complaint in an envelope marked "personal and confidential" and bearing no return address.

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/14/07
             Date

Signature of Server: Nathy Huddell

Address of Server: 350 Fifth Avenue, Suite 5508, New York, NY 10118

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.