UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANNMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                                                              CASE No.: 07-CV-10321 (GBD)

       Plaintiff,                                 <u>CLASS ACTION</u>

       vs.                                        **<u>CERTIFICATE OF SERVICE</u>**

INDUSTRIAL ENTERPRISES OF AMERICA, INC.;
JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL;
and JAMES MARGULIES,

       Defendants.
------------------------------------------------------------------------x

      I, Phillip Kim, an attorney with the Rosen Law Firm, P.A., hereby certify under penalty of perjury, that I served a copy of the Clerk's Certificate, dated December 5, 2007, upon Defendant Industrial Enterprises of America, Inc. at: 711 Third Avenue, Suite 1505, New York, New York 10017-4056, by mailing and depositing a true and correct copy of said document in a USPS mail drop located at 350 5th Avenue, NY, NY 10007 on the following date: December 5, 2007.

      I certify that the foregoing is true and correct.

DATED:    New York, New York

             December 5, 2007

                                                        By:_____
                                                          Phillip Kim, Esq.