**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | CASE No.: 07-CV-10321 (GBD) |
| Plaintiff, | **DECLARATION OF PHILLIP KIM IN FURTHER SUPPORT OF IEAM INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND IN OPPOSTION TO COMPETING LEAD PLAINTIFF MOTION** |
| vs. | |
| INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES, | |
| Defendants. | CLASS ACTION |

-------------------------------------------------------------------------X

## DECLARATION OF PHILLIP KIM

Phillip Kim, hereby declares under penalty of perjury:

1. I am an attorney with the Rosen Law Firm, P.A. [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and before this Court. I make this Declaration in further support of the IEAM Investors, consisting of Plaintiffs Steven Rash and Carl Meisner, for appointment as Lead Plaintiffs and in Opposition to the competing lead plaintiff motion filed by the Goldenberg Group consisting of Ron Goldenberg and Carl Haeussler.

2.	Attached hereto as Exhibit 1 are true and correct copies of the IEAM Investors loss chart previously filed with the on January 15, 2008, and a loss chart prepared by the undersigned from the Goldenberg Group's certifications on file with the Court.  Both loss charts utilize the same PSLRA lookback price and provide for an "apples-to-apples" comparison of financial interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed: January 30, 2008				      /s/ Phillip Kim
						Phillip Kim

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 30th day of January 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                              /s/ Phillip Kim

# Exhibit 1

## IEAM INVESTORS' LOSS CHART

| NAME OF SHAREHODER | DATE PURCHASED | # SHARES PURCHASED | PRICE PAID PER SHARE | COST | DATE SOLD | # SHARES SOLD | PRICE SOLD PER SHARE | PROCEEDS | HELD SHARES | VALUE OF HELD SHARES ($.82) | NET LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rash, Steven** | 12/4/2006 | 15,000 | ($4.82) | ($72,300.00) | 11/5/2007 | 5,000 | $2.25 | $11,250.00 | | | |
| | 2/2/2007 | 5,000 | ($5.75) | ($28,750.00) | | | | | | | |
| | 2/12/2007 | 5,000 | ($4.95) | ($24,750.00) | | | | | | | |
| | 2/21/2007 | 5,000 | ($5.99) | ($29,950.00) | | | | | | | |
| | 2/23/2007 | 5,000 | ($6.10) | ($30,500.00) | | | | | | | |
| | 2/6/2007 | 5,000 | ($5.40) | ($27,000.00) | | | | | | | |
| | TOTAL | 40,000 | | ($213,250.00) | | 5,000 TOTAL | | $11,250.00 | 35,000 | $28,700.00 | ($173,300.00) |
| **Meisner Family** | | | | | | | | | | | |
| | 5/16/2007 | 1,500 | ($5.49) | ($8,235.00) | 11/14/2007 | 1,500 | $0.75 | $1,125.00 | | | |
| | 5/15/2007 | 100 | ($5.55) | ($555.00) | 4/30/2007 | 25 | $6.50 | $162.50 | | | |
| | 12/5/2006 | 24 | ($4.74) | ($113.76) | 4/30/2007 | 100 | $6.50 | $650.00 | | | |
| | 12/5/2006 | 201 | ($4.74) | ($952.74) | 4/30/2007 | 100 | $6.50 | $650.00 | | | |
| | 5/15/2007 | 2,000 | ($5.55) | ($11,100.00) | 11/14/2007 | 2,600 | $0.75 | $1,950.00 | | | |
| | 6/8/2007 | 600 | ($5.10) | ($3,060.00) | 11/14/2007 | 1,000 | $0.75 | $750.00 | | | |
| | 5/16/2007 | 1,000 | ($5.52) | ($5,520.00) | 11/14/2007 | 1,800 | $0.75 | $1,350.00 | | | |
| | 5/16/2007 | 1,500 | ($5.53) | ($8,295.00) | | | | | | | |
| | 6/8/2007 | 300 | ($5.10) | ($1,530.00) | | | | | | | |
| | 5/16/2007 | 250 | ($5.48) | ($1,370.00) | | | | | | | |
| | TOTAL | 7,475 | | ($40,731.50) | | 7,125 TOTAL | | $6,637.50 | 350 | $287.00 | ($33,807.00) |
| **GRAND TOTALS** | | **47,475** | | **($253,981.50)** | | **12,125** | | **$17,887.50** | **35,350** | **$28,987.00** | **($207,107.00)** |

## Goldenberg Group Loss Chart

| NAME OF SHAREHOLDER | DATE PURCHASED | # SHARES PURCHASED | PRICE PAID PER SHARE | COST | DATE SOLD | # SHARES SOLD | PRICE SOLD PER SHARE | PROCEEDS | HELD SHARES | VALUE OF HELD SHARES ($.82) | NET LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Goldberg, Ronald S.** | 10/30/2007 | 700 | ($3.16) | ($2,212.00) | 10/18/2007 | 2,000 | $3.71 | $7,420.00 | | | |
| | 10/30/2007 | 1,300 | ($3.16) | ($4,108.00) | 5/22/2007 | 1,150 | $5.05 | $5,807.50 | | | |
| | 10/16/2007 | 2,000 | ($3.20) | ($6,400.00) | 5/21/2007 | 1,000 | $5.10 | $5,100.00 | | | |
| | 7/16/2007 | 1,000 | ($4.56) | ($4,560.00) | 4/30/2007 | 2,400 | $6.65 | $15,960.00 | | | |
| | 5/22/2007 | 1,150 | ($4.57) | ($5,255.50) | 4/27/2007 | 100 | $6.43 | $643.00 | | | |
| | 5/21/2007 | 1,000 | ($5.07) | ($5,070.00) | 4/27/2007 | 500 | $6.44 | $3,220.00 | | | |
| | 5/7/2007 | 754 | ($6.00) | ($4,524.00) | 12/29/2007 | 2,000 | $4.37 | $8,740.00 | | | |
| | 5/7/2007 | 746 | ($6.00) | ($4,476.00) | | | | | | | |
| | 4/30/2007 | 2,600 | ($6.25) | ($16,250.00) | | | | | | | |
| | 4/30/2007 | 1,400 | ($6.33) | ($8,862.00) | | | | | | | |
| | 4/13/2007 | 1,000 | ($5.80) | ($5,800.00) | | | | | | | |
| | 2/22/2007 | 1,000 | ($5.98) | ($5,980.00) | | | | | | | |
| | 2/16/2007 | 1,000 | ($5.50) | ($5,500.00) | | | | | | | |
| | 12/28/2006 | 1,500 | ($4.25) | ($6,375.00) | | | | | | | |
| | 12/28/2006 | 500 | ($4.25) | ($2,125.00) | | | | | | | |
| | TOTAL | 17,650 | | ($87,497.50) | | 9,150 | TOTAL | $46,890.50 | 8,500 | $6,970.00 | ($33,637.00) |
| **Haeussler, Carl F.** | 3/20/2007 | 2,800 | ($5.90) | ($16,520.00) | | | | | | | |
| | TOTAL | 2,800 | | ($16,520.00) | | | TOTAL | | 2,800 | $2,296.00 | ($14,224.00) |
| **GRAND TOTALS** | | 20,450 | | ($104,017.50) | | 9,150 | | $46,890.50 | 11,300 | $9,266.00 | ($47,861.00) |