AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Annmarie Mallozzi, Individually and on behalf of all others similarly situated,

V.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-10321 (GBD)

TO: (Name and address of Defendant)

Dennis O'Neill
60 E. 42nd St., Suite 3405
New York, New York 10165

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  NOV 1 4 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/31/08 |
| NAME OF SERVER (PRINT) Nathan Huddell | TITLE Paralegal, The Rosen Law Firm |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ted Monsour, office manager at Fuselier and Co., at 60 E. 42nd St., Suite 3405, New York, NY 10165, his actual place of business

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | 0 | SERVICES | 0 | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/31/08
Date

Signature of Server

350 Fifth Avenue, Suite 5508
Address of Server
New York, NY 10118

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.