AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Annmarie Mallozzi, Individually and on behalf of
all others similarly situated,

V.

INDUSTRIAL ENTERPRISES OF AMERICA,
INC.; JOHN MAZZUTO; JORGE YEPES;
DENNIS O'NEILL; and JAMES MARGULIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-10321 (GBD)

TO: (Name and address of Defendant)

James W. Margulies
30100 Chagrin Bld, Suite 250
Pepper Pike, Ohio 44124

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
350 5th Avenue, Suite 5508
New York, New York 10118
Tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              NOV 1 4 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 31, 2008 |
| NAME OF SERVER *(PRINT)*<br>Mark Berus | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 30100 Chagrin Blvd, Ste 250 Pepper Pike, OH 44124.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/04/08
　　　　　　　Date

*Signature of Server*　Mark Berus

PO Box 93447
Cleveland, OH 44101

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of Ohio
County of Cuyahoga

# Affidavit of Process Server

United State District Court – Southern District of New York

| | | |
|---|---|---|
| Annmarie Mallozzi, Individually and on behalf of all others similarly situated | vs   Industrial Enterprises of America, Inc.; et al. | 07-CV-10321 |
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

**I, Mark Berus, an employee of Cleveland Service Agency, Inc., being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, that within the boundaries of the State of Ohio, I was authorized by law to perform said service, and that, to the best of my knowledge, the individual served is not an active member of a military service of the United States of America.**

**Service:** I served
~~attempted to serve~~   James W. Margulies
NAME OF PERSON / ENTITY BEING SERVED

With (list documents)   Summons and Complaint

By leaving with   James W. Margulies                                                                         at
NAME                                                  RELATIONSHIP

30100 Chagrin Blvd Ste 250                          Pepper Pike OH 44124
ADDRESS                                              CITY / STATE

On   Thursday                01/31/2008                 AT   12:30 PM
DAY                          DATE                              TIME

**MANNER OF SERVICE:**

☒ **Personal:** By personally delivering copies to the person being served.

☐ **Substitute / Residence Service:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and of suitable discretion and explaining the general nature of the papers.

☐ **Business Service:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reasons:

Service attempts:   (1) _____   (2) _____   (3) _____
                    DATE / TIME              DATE / TIME              DATE / TIME

**Description:**   Age  45    Sex  Male   Race  White   Height  5'6"   Weight  170   Other _____

SIGNATURE OF SPECIAL PROCESS SERVER
Cleveland Service Agency, Inc., PO Box 93447, Cleveland, OH 44101, (888)212-5614

**BRITTANY STAFFORD**
NOTARY PUBLIC-Cuyahoga County
My Commission Exp. June 28, 2012
Commission #2007-RE-186541

**SUBSCRIBED AND SWORN** to before me this   4th

day of   February   , 2008.

SIGNATURE OF NOTARY PUBLIC, STATE OF OHIO
(STAMPED EXPIRATION DATE)