**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANNMARIE MALLOZZI, INDIVIDUALLY AND           CASE No.: 07-CV-10321 (GBD)
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                                                          **NOTICE OF PARTIAL**
                                                          **WITHDRAWAL OF**
                   Plaintiff,                      **MOVANT STEVE RASH'S**
                                                          **MOTION FOR**
                   vs.                            **APPOINTMENT AS A LEAD**
                                                          **PLAINTIFF**

INDUSTRIAL ENTERPRISES OF AMERICA, INC.;
JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL;     CLASS ACTION
and JAMES MARGULIES,

                 Defendants.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that IEAM Investors partially withdraws its motion for appointment as Lead Plaintiffs only insofar as movant Steve Rash no longer wishes to seek Lead Plaintiff status. This partial Withdrawal shall have no effect on Carl Meisner's pending motion to be appointed a Lead Plaintiff nor shall this Withdrawal have any effect upon Mr. Rash's rights as a member of the proposed class, including but not limited to the right to share in any recovery from the resolution of these actions, through settlement, judgment or otherwise.

**THE ROSEN LAW FIRM, P.A.**

Executed: February 14, 2008            /s/ Phillip Kim
                                      Phillip Kim, Esq. (PK 9384)
                                      Laurence M. Rosen, Esq. (LR 5733)
                                      350 Fifth Avenue, Suite 5508
                                      New York, New York 10118
                                      Telephone: (212) 686-1060
                                      Fax: (212) 202-3827
                                      Email: pkim@rosenlegal.com
                                      Email: lrosen@rosenlegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of February 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                              /s/ Phillip Kim