**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | CASE No.: 07-CV-10321 (GBD) |
| | **REPLY DECLARATION OF PHILLIP KIM** |
| Plaintiff, | |
| | <u>CLASS ACTION</u> |
| vs. | |
| INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES, | |
| Defendants. | |

--------------------------------------------------------------------------X

<u>**REPLY DECLARATION OF PHILLIP KIM**</u>

Phillip Kim, hereby declares under penalty of perjury:

1.      I am an attorney with the Rosen Law Firm, P.A. [Proposed] Lead Counsel in this action and have personal knowledge of the facts set forth herein.  I am duly admitted to practice law in the State of New York and before this Court.  I make this Reply Declaration in further support of Plaintiff Carl Meisner's motion for appointment as Lead Plaintiff and in further Opposition to the competing lead plaintiff motion filed by the Goldenberg Group consisting of Ron Goldenberg and Carl Haeussler.

2.      Earlier today, a notice of partial withdrawal of IEAM Investors motion for Lead Plaintiffs was filed with the Court.  That notice withdraws Steve Rash as one of the proposed Lead Plaintiff movants of the IEAM Investors, based upon Mr. Rash's request during my meeting with Mr. Rash in Manhattan this morning.

3.      During the in-person meeting today, Mr. Rash, a resident of Texas, informed me that he intends assist in the prosecution of the Class Action, but due to changed circumstances, he has decided not to seek appointment as one of the Lead Plaintiffs.  However, based on his significant losses in IEAM stock during the class period Mr. Meisner pledged to the undersigned his continued cooperation and participation in the case.

4.      Any suggestion that Mr. Rash does not exist, or that he did not submit the electronic PSLRA certification, is without merit and should not be countenanced by the Court.

5.      A true and correct copy of Mr. Meisner's paper version of his electronic certification he submitted to the Rosen Law Firm is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.


Executed: February 14, 2008                    _____/s/ Phillip Kim_____
                                                Phillip Kim

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 14th   day of February 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Phillip Kim

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Industrial Enterprises of American, Inc. ("IEAM"), and certain of its officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed the complaint against IEAM and certain of its officers and directors and authorized the filing thereof by the Rosen Law Firm, P.A., whom I retain as counsel in this action for all purposes.

2.    I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following is a list of all of the purchases, acquisitions, and sales I have made in IEAM securities during the class period set forth in the complaint. I have made no transactions during the class period in the debt or equity securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| SEE MYSELF | ATTACHED AND | ACCOUNT MY | STATEMENTS MINOR | FOR CHILDREN |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM: (212) 202-3827

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _6__ day of __FEBRUARY__ 200_.

Signature: _____

Name:    Carl Meisner

Address: 10227 Altonbury Ln, Houston, TX 77031

Phone:    281-627-9443

E-mail:

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | | | |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
350 FIFTH AVENUE, SUITE 5508
NEW YORK, NY   10118

2

[Close Window]                                                                          [Print]

History for account XXXX-6831 as of 11/24/2007 09:35:10 EDT for 12/04/2006 to 11/24/2007

| Date | Action | Quantity | Symbol | Description | Price | Amount | Fees & Comm |
|---|---|---|---|---|---|---|---|
| 04/30/2007 | Sell | 25.0000 | IEAM | INDL ENTS OF AMER NEW | $6.5000 | $161.06 | $1.44 |
| 04/30/2007 | Sell | 100.0000 | IEAM | INDL ENTS OF AMER NEW | $6.5000 | $644.23 | $5.77 |
| 04/30/2007 | Sell | 100.0000 | IEAM | INDL ENTS OF AMER NEW | $6.5000 | $644.23 | $5.77 |
| 12/05/2006 | Buy | 24.0000 | IEAME | INDL ENTS OF AMER NEW | $4.7400 | -$115.14 | $1.38 |
| 12/05/2006 | Buy | 201.0000 | IEAME | INDL ENTS OF AMER NEW | $4.7400 | -$954.31 | $11.57 |

0006-5926

Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value          Today's Date: 11/24/07 09:35 AM EST

© 2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
Unauthorized access is prohibited. Usage will be monitored.

Agreements | Fees & Commissions | Privacy & Security | USA Patriot Act

**⫶D AMERITRADE**

Shortcuts    Get Quotes Symb
Select                   ex: MSFT, +IBMA

| Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools |
|------|----------------------|-------|------------------|---------------|

| Balances & Positions | Portfolio | Gain/Loss | Watch Lists | History & Statements | Deposit/Withdraw | Cash Mgmt |
|---|---|---|---|---|---|---|

Sat Nov 24 2007 9:06:01 AM EST

# History & Statements

| Transactions | Statements | Confirmations | Tax Center |
|---|---|---|---|

**Type:**  All transactions types

**Symbol(s):**  ieam              Symbol lookup

(separate symbols with commas)

**View last:**  1 day    7 days    14 days    60 days

**View date/range**

from:    November    25    2006

to:    November    24    2007      [ View ]   or   [ Download ]

Search results for 11/25/2006 to 11/24/2007

| Date/Time ▲ | Description |
|---|---|
| 05/15/2007 13:35:54 | Bought 2000 IEAM @ 5.55 ⟶ 11,109 99    -1 |
| 06/08/2007 09:30:13 | Bought 600 IEAM @ 5.1 ⟶ 3,069 99    -⟨ |
| 11/14/2007 14:10:06 | Sold 2600 IEAM @ 0.75 ⟶ 1939 98 |

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subjec
tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

Contact Us  |  TD AMERITRADE Holding Corp.

Minimum Requirements  |  Privacy  |  Security Center  |  Forms & Agreemer

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD A
Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they m
liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERI

Colin

**AMERITRADE**

Shortcuts   Get Quotes Symb
Select                ex: MSFT, +IBMA'

| Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools |

Balances & Positions | Portfolio | Gain/Loss | Watch Lists | History & Statements | Deposit/Withdraw | Cash Mgmt

Sat Nov 24 2007 9:03:08 AM EST

# History & Statements

| Transactions | Statements | Confirmations | Tax Center |

**Type:**  All transactions types

**Symbol(s):**  ieam                    Symbol lookup

(separate symbols with commas)

**View last:**  1 day   7 days   14 days   60 days

**View date/range**

from:  January   1   2007

to:  November   22   2007    View    or    Download

Search results for 1/1/2007 to 11/22/2007

| Date/Time ▲ | Description |
|---|---|
| 05/15/2007  13:35:42 | Bought 100 IEAM @ 5.55 |

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subjec
tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

Contact Us | TD AMERITRADE Holding Corp.
Minimum Requirements | Privacy | Security Center | Forms & Agreemer

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD A
Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they m
liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERI

**TD AMERITRADE**

Shortcuts
Select

Get Quotes Symb
ex: MSFT, +HBMA

| Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools |
|------|---------------------|-------|-----------------|---------------|

Balances & Positions  |  Portfolio  |  Gain/Loss  |  Watch Lists  |  History & Statements  |  Deposit/Withdraw  |  Cash Mgmt

Sat Nov 24 2007 9:18:38 AM EST

## History & Statements

| Transactions | Statements | Confirmations | Tax Center |
|--------------|-----------|---------------|------------|

**Type:** All transactions types

**Symbol(s):** ieam          Symbol lookup

(separate symbols with commas)

**View last:** 1 day    7 days    14 days    60 days

**View date/range**

from:    May    16    2007

to:    November    24    2007    [ View ]    or    [ Download ]

---

Search results for 5/16/2007 to 11/24/2007

| Date/Time ▲ | Description | |
|-------------|-------------|---|
| 05/16/2007  13:02:05 | Bought 1500 IEAM @ 5.49 | -8 |
| 11/14/2007  14:04:13 | Sold 1500 IEAM @ 0.75 | 1 |

---

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subjec
tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

---

Contact Us  |  TD AMERITRADE Holding Corp.

Minimum Requirements  |  Privacy  |  Security Center  |  Forms & Agreemer

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD A
Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they m
liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERI

AB/A

**TD AMERITRADE**
Apex

Shortcuts

Select

Get Quotes Symb

ex: MSFT, +IBMA

| Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools |

Balances & Positions | Portfolio | Gain/Loss | Watch Lists | History & Statements | Deposit/Withdraw | Cash Mgmt

Sat Nov 24 2007 9:16:18 AM EST

# History & Statements

| Transactions | Statements | Confirmations | Tax Center |

**Type:**      All transactions types

**Symbol(s):**   ieam                        Symbol lookup

(separate symbols with commas)

**View last:**   1 day   7 days   14 days   60 days

**View date/range**

from:   November   25   2006

to:   November   24   2007   [ View ]   or   [ Download ]

Search results for 11/25/2006 to 11/24/2007

| Date/Time ⬦ | Description | |
|---|---|---|
| 05/16/2007 13:02:24 | Bought 250 IEAM @ 5.48 | -1 |

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subjec
tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

Contact Us  |  TD AMERITRADE Holding Corp.

Minimum Requirements  |  Privacy  |  Security Center  |  Forms & Agreemer

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD A
Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they m
liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERI

SEAN

**TD AMERITRADE**

| Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools |

Balances & Positions | Portfolio | Gain/Loss | Watch Lists | History & Statements | Deposit/Withdraw | Cash Mgmt |

Sat Nov 24 2007 9:11:20 AM EST

# History & Statements

| Transactions | Statements | Confirmations | Tax Center |

**Type:**  All transactions types

**Symbol(s):**  ieam                    Symbol lookup
(separate symbols with commas)

**View last:**  1 day  7 days  14 days  60 days

**View date/range**

from:  November  25  2006

to:  November  24  2007   [ View ]  or  [ Download ]

Search results for 11/25/2006 to 11/24/2007

| Date/Time ▲ | Description | |
|---|---|---|
| 05/16/2007 13:01:49 | Bought 1000 IEAM @ 5.52 | -5 |
| 11/14/2007 14:10:06 | Sold 1000 IEAM @ 0.75 | |

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subjec
tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

Contact Us | TD AMERITRADE Holding Corp.
Minimum Requirements | Privacy | Security Center | Forms & Agreemer

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD A
Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they m
liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERI

**TD AMERITRADE**

Shortcuts
Select

Get Quotes Symb
ex: MSFT, +IBMA

| Home | Portfolio & Accounts | Trade | Research & Ideas | Trading Tools |

Balances & Positions | Portfolio | Gain/Loss | Watch Lists | History & Statements | Deposit/Withdraw | Cash Mgmt

Sat Nov 24 2007 9:14:02 AM EST

# History & Statements

| Transactions | Statements | Confirmations | Tax Center |

**Type:** All transactions types

**Symbol(s):** ieam          Symbol lookup
(separate symbols with commas)

**View last:** 1 day  7 days  14 days  60 days

**View date/range**

from: May   16   2007

to: November   24   2007     [ View ]   or   [ Download ]

Search results for 5/16/2007 to 11/24/2007

| Date/Time ⌄ | Description | | |
|---|---|---|---|
| 05/16/2007 09:30:03 | Bought 1500 IEAM @ 5.53 | *830499* | -8 |
| 06/08/2007 09:30:13 | Bought 300 IEAM @ 5.1 | *153999* | -1 |
| 11/14/2007 14:04:13 | Sold 1800 IEAM @ 0.75 | *133798* | 1 |

An indication on this page that an interest payment is "taxable" or "non-taxable" refers to federal taxation only. Interest income may be subjec
tax advice. Please consult a qualified tax advisor to discuss your individual tax situation.

Contact Us  |  TD AMERITRADE Holding Corp.

Minimum Requirements  |  Privacy  |  Security Center  |  Forms & Agreemen

Unauthorized access and use is prohibited. Usage is monitored. TD AMERITRADE, Division of TD AMERITRADE, Inc., member FINRA/SIPC. TD A
Company, Inc. and The Toronto-Dominion Bank. © 2007 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they m
liable for any loss due either to their negligence or to any cause beyond their reasonable control.

YOUR RECEIPT AND USE OF THIS SERVICE IS SUBJECT TO THE TERMS AND CONDITIONS OF YOUR ELECTRONIC AGREEMENT WITH TD AMERI

*Ross*