```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:   FEB 19 2008
```

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

1920 L STREET, N.W., SUITE 400
WASHINGTON, DC 20036

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

GREGORY NESPOLE
DIRECT DIAL: (212) 545-4657
FACSIMILE: (212) 686-0114
nespole@whafh.com

February 14, 2008

**SO ORDERED**

The oral argument is scheduled for February 27, 2008 at 10:30 a.m.

FEB 19 2008    */s/ George B. Daniels/*
JUDGE GEORGE B. DANIELS

**VIA FACSIMILE**
Hon. George B. Daniels
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re: *Mallozzi v. Industrial Enterprises of America, Inc. et. al*, 1:07-cv-10321-GBD

Dear Judge Daniels:

Counsel for both movants in this case write to request that the initial pretrial conference, currently scheduled for February 20, 2008, be adjourned and to request that the Court select a date for Your Honor to hear the pending lead plaintiff motions.

As the Court is aware, a Rule 16 conference was scheduled shortly after the initial complaint was filed. Currently defendant Dennis O'Neill[1] is the only defendant in this case to be represented by counsel and defendants Industrial Enterprises of America, Inc., John Mazzutto and Jorge Yepes are in default. Subject to Your Honor's approval, we believe it is in the parties' best interests to delay the Rule 16 conference until all defendants can be represented by counsel at the conference. This is the parties' first request for an adjournment of these proceedings.

In addition, pending before this Court are competing motions for appointment as lead plaintiff. The briefing on these motions is expected to be complete today. Counsel for both movants respectfully request that the Court schedule a hearing for oral argument on these papers

---

[1] Undersigned counsel for the Rosen Law Firm, has conferred with Michael Schollaert, Esq., current counsel for defendant Dennis O'Neill, and he does not oppose this request to adjourn the Rule 16 conference. Mr. Schollaert takes no position on the request for oral argument on the pending lead plaintiff motions

WOLF HALDENSTEIN ADLER FREEMAN & HERZ L.L.P

Hon. George B. Daniels
February 14, 2008
Page 2

during the week of February 25, 2008 (except February 28, 2008), or any other date that should please the Court.

Respectfully Yours,

Gregory M. Nespole, Esq.
Counsel for the Goldenberg Group

Respectfully Yours,

Phillip Kim, Esq.
Counsel for the IEAM Investors

Cc: Michael A. Schollaert, Esq.
OBER KALER
120 East Baltimore Street
Baltimore, MD 21202
Fax: (410) 547-0699

Industrial Enterprises of America, Inc.
711 Third Avenue, Suite 1505
New York, New York 10017
Fax: (212) 658-9602

Industrial Enterprises of America, Inc.
c/o John Mazzutto
c/o James Margulies
c/o Jorge Yepes
711 Third Avenue, Suite 1505
New York, New York 10017
Fax: (212) 658-9602