AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

ANNMARIE MALLOZZI,

    Plaintiff,

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL,
and JAMES MARGULIES,

    Defendants.

**APPEARANCE**

Case Number: 07-cv-10321 (GBD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendants Industrial Enterprises of America, Inc., and James Margulies.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 12, 2008 | /s/ Tiffany A. Buxton |
| Date | Signature |
| | Tiffany A. Buxton — TB-1002 |
| | Print Name / Bar Number |
| | Alston & Bird LLP |
| | 90 Park Avenue |
| | Address |
| | New York, NY 10016-1387 |
| | City / State / Zip Code |
| | (212) 210-9448 / (212) 210-9444 |
| | Phone Number / Fax Number |