John F. Cambria (JC-4098)
Tiffany A. Buxton (TB-1002)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400

Theodore J. Sawicki
Robert R. Long
Kerry K. Vatzakas
(*all to be admitted pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Defendant / Movant*
INDUSTRIAL ENTERPRISES OF AMERICA, INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>vs.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC., JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL, and JAMES MARGULIES,<br><br>                Defendants. | 1:07-cv-10321 (GBD)<br><br>ECF CASE<br><br><br><br>**JURY TRIAL DEMANDED** |

**MOTION TO SET ASIDE ENTRY OF DEFAULT AS TO**
**DEFENDANT INDUSTRIAL ENTERPRISES OF AMERICA, INC. AND**
**MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Defendant Industrial Enterprises of America, Inc. ("IEAM") respectfully moves to set aside the Notice of Clerk's

- 2 -

Certificate of Default as to IEAM. IEAM also moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend the time to file a motion, answer, and/or other responsive pleading to the original Complaint by June 13, 2008, or 45 days after a consolidated amended class action complaint is filed, whichever is later.

WHEREFORE, IEAM respectfully requests that the Court grant its motions for all of the reasons set forth in IEAM's accompanying memorandum in support and grant any and all further relief as the Court deems just and proper.

Dated: New York, New York
May 12, 2008

ALSTON & BIRD LLP

*[signature]*

John F. Cambria (JC-4098)
Tiffany A. Buxton (TB-1002)
90 Park Avenue
New York, NY 10016-1387
Telephone: 212-210-9400

Theodore J. Sawicki
Robert R. Long
Kerry K. Vatzakas
(*all to be admitted pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-3500

*Attorneys for Defendant / Movant*
INDUSTRIAL ENTERPRISES OF
AMERICA, INC.

ADMIN/20220959v2