AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

ANNMARIE MALLOZZI,

      Plaintiff,

**APPEARANCE**

v.

Case Number: 07 CV 10321 (GBD)

INDUSTRIAL ENTERPRISES OF AMERICA, INC.
JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL,
and JAMES MARGULIES,

      Defendants

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      Defendants Industrial Enterprises of America, Inc., and James Margulies

      I certify that I am admitted to practice in this court.

| 5/13/2008 | |
|---|---|
| Date | Signature |
| | John F. Cambria        JC 4098 |
| | Print Name        Bar Number |
| | Alston & Bird LLP |
| | 90 Park Avenue |
| | Address |
| | New York    NY    10016-1387 |
| | City    State    Zip Code |
| | (212) 210-9583      (212) 210-9444 |
| | Phone Number      Fax Number |