AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANNMARIE MALLOZZI,

    Plaintiff,

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL,
and JAMES MARGULIES,

    Defendants.

**APPEARANCE**

Case Number: 07-CV-10321 (GDB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Dennis O'Neill

I certify that I am admitted to practice in this court.

| 5/23/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Tiffany A. Buxton | TB-1002 |
| | Print Name | Bar Number |
| | Alston & Bird LLP<br>90 Park Avenue | |
| | Address | |
| | New York | NY | 10016-1387 |
| | City | State | Zip Code |
| | (212) 210-9448 | (212) 210-9444 |
| | Phone Number | Fax Number |

Alston & Bird