UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br>v.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGUILES,<br><br>     Defendant. | Case No. 07 Civ. 10321 (Judge Daniels)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>ECF CASE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Jorge Yepes and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: May 23, 2008
   New York, New York

            Respectfully submitted,

            WOLLMUTH MAHER & DEUTSCH LLP

            William F. Dahill
            500 Fifth Avenue
            New York, NY 10110
            Telephone (212) 382-3300
            Facsimile (212) 382-0050
            wdahill@wmd-law.com

            *Attorneys for Defendant.*