AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

ANNMARIE MALLOZZI,

    Plaintiff,

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL,
and JAMES MARGULIES,

    Defendants.

**APPEARANCE**

Case Number: 07-CV-10321 (GDB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Dennis O'Neill

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/23/2008 | *[signature]* |
| Date | Signature |
| | John F. Cambria     JC 4098 |
| | Print Name    Bar Number |
| | Alston & Bird LLP, 90 Park Avenue |
| | Address |
| | New York    NY    10016-1387 |
| | City    State    Zip Code |
| | (212) 210-9583    (212) 210-9444 |
| | Phone Number    Fax Number |