USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

        Plaintiff,

vs.

INDUSTRIAL ENTERPRISES OF AMERICA, INC., JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL, and JAMES MARGULIES,

        Defendants.

Case Number: 1:07-cv-10321 (GBD)

ECF CASE

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of TIFFANY A. BUXTON, attorney for Defendants Industrial Enterprises of America, Inc., Dennis O'Neill and James Margulies, and said sponsor attorney's declaration in support,

IT IS HEREBY ORDERED that Theodore J. Sawicki, Robert R. Long IV, and Kerry K. Vatzakas, of Alston & Bird LLP, located at One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424, are admitted to practice *pro hac vice* as counsel for Defendants Industrial Enterprises of America, Inc., Dennis O'Neill and James Margulies in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, said counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

This Order confirms Theodore J Sawicki's, Robert R. Long IV's, and Kerry K. Vatzakas' appearance as counsel in this case, and the appearances will be entered on the Court's docket. A notation of the admissions *pro hac vice* for this case will be made on the roll of attorneys and

counsel shall forward the *pro hac vice* fee to the Clerk of Court.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

ORDERED this __ June, 2008

JUN 1 2 2008

_George B. Daniels_
United States District Judge
**HON. GEORGE B. DANIELS**