UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC., JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL, and JAMES MARGULIES,<br><br>Defendants. | Case Number: 1:07-cv-10321 (GBD)<br><br>**AFFIDAVIT OF SERVICE OF *PRO HAC VICE* ORDER** |

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Louis Costanzo, being duly sworn, deposes and says: that he is over the age of eighteen years, that she is employed in the office of Alston & Bird LLP, attorneys for Defendants Industrial Enterprises of America, Inc., Dennis O'Neill and James Margulies;

That on the 16th day of June, 2008, he caused to be served via United States First Class Mail the within Order granting Theodore J. Sawicki, Robert J. Long and Kerry K. Vatzakas admission *pro hac vice* in the above-captioned action upon the following:

Gregory Mark Nespole, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10017
*Attorneys for Lead Plaintiff*
  The Goldenberg Group

Laurence Matthew Rosen, Esq.
Phillip C. Kim, Esq.
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
*Attorneys for Lead Plaintiff Carl Meisner
and Plaintiff Annmarie Mallozzi*

William Francis Dahill, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
*Attorneys for Defendant Jorge Yepes*

_____
Louis Costanzo

Sworn to before me
this 16th day of June, 2008.

*Kim Fitzgerald*
Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20 09

LEGAL02/30847032v1