UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                              Plaintiff,<br><br>        v.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC., JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL, and JAMES MARGULIES,<br><br>                              Defendants. | Case Number: 1:07-cv-10321 (GBD)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

>Enter my appearance as counsel in this case for

>DEFENDANTS INUSTRIAL ENTERPRISES OF AMERICA, INC., DENNIS O'NEILL and JAMES MARGULIES

I certify that I am admitted to practice in this court.

Dated:  June 18, 2008

>/s Robert J. Long (admitted *pro hac vice*)
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>Tel:    404-881-7000
>Fax:    404-881-7777
>Email:  robert.long@alston.com

To:    Gregory Mark Nespole, Esq.
       Wolf Haldenstein Adler Freeman & Herz LLP
       270 Madison Avenue
       New York, NY 10017
       *Attorneys for Lead Plaintiff
       The Goldenberg Group*

LEGAL02/30850770v1

- 2 -

Laurence Matthew Rosen, Esq.
Phillip C. Kim, Esq.
The Rosen Law Firm, P.A.
350 5th Avenue, Suite 5508
New York, NY 10118
*Attorneys for Lead Plaintiff Carl Meisner*
*and Plaintiff Annmarie Mallozzi*

William Francis Dahill, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
*Attorneys for Defendant Jorge Yepes*