🖎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

ANNMARIE MALLOZZI,
                    Plaintiff

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGES YEPES, DENNIS O'NEILL,
and JAMES MARGULIES,

                    Defendants.

**APPEARANCE**

Case Number: 07-CV-10321 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOHN MAZZUTO

I certify that I am admitted to practice in this court.

| 7/2/2008 | _Shery Galler_ |
|---|---|
| Date | Signature |
| | SHERYL B. GALLER                SG-8182 |
| | Print Name                      Bar Number |
| | HOGUET NEWMAN REGAL & KENNEY LLP |
| | Address |
| | 10 East 40th Street, N.Y., N.Y.   10016 |
| | City                State          Zip Code |
| | (212) 689-8808          (212) 689-5101 |
| | Phone Number                    Fax Number |
| | Email:  SGaller@hnrklaw.com |