AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

ANNMARIE MALLOZZI,
                Plaintiff

**APPEARANCE**

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS O'NEILL,
and JAMES MARGULIES,

Case Number: 07-CV-10321 (GBD)

                Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JOHN MAZZUTO

    I certify that I am admitted to practice in this court.

7/2/2008
Date

*/s/ Fredric S. Newman*
Signature

Fredric S. Newman          FN-3174
Print Name                 Bar Number

HOGUET NEWMAN REGAL & KENNEY LLP
Address

10 East 40th Street, N.Y., N.Y.    10016
City           State          Zip Code

(212) 689-8808     (212) 689-5101
Phone Number           Fax Number

Email:  FNewman@hnrklaw.com