AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Annmarie Mallozzi, Individually and on Behalf of
All Others Similarly Situated

V.

Industrial Enterprises of America, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-10321 (GBD)

TO: (Name and address of Defendant)

Robert "Dan" Redmond
c/o Industrial Enterprises of America, Inc.
651 Holiday Drive, Suite 300
Pittsburgh, PA 15220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
350 5th Ave., Suite 5508
New York, New York 10118
tel: (212) 686-1060

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                           JUL 02 2008

(By) DEPUTY CLERK                               DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3 July 2008 |
| NAME OF SERVER (PRINT) Lyle Grover | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 651 Holiday Drive Suite 300 Pittsburgh, PA 15220
Received by Client Services Representative Leesha Daniels upon her declaration she is authorized to receive on behalf of Mr. Redmond & Industrial Enterprises of America, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 July 2008
           Date

Signature of Server

Liberty Process Service
1525 Park Manor Blvd
Pittsburgh, PA 15205
*Address of Server*