UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANNEMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,                                                           Case No. 1:07-10321 (GBD)

                Plaintiff,                          **NOTICE OF APPEARANCE**

    v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS
O'NEILL, and JAMES MARGULIES,

                Defendants.
-------------------------------------------------------------------X

    To the Clerk of the Court and all parties of record;

    Enter my appearance in this case as counsel for Defendant INDUSTRIAL ENTERPRISES OF AMERICA, INC.

    I certify that I am admitted to practice in this Court.

Dated:  July 25, 2008

                                        /s/ Edward Hayum (EH 8434)
                                        COZEN O'CONNOR
                                        45 Broadway Atrium
                                        Suite 1600
                                        New York, New York 10006-3792
                                        Tel.:  212-509-9400
                                        Fax:  212-509-9492
                                        Email:  ehayum@cozen.com

To:

Gregory Mark Nespole, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10017
*Attorneys for Lead Plaintiff*
*The Goldenberg Group*

Laurence Matthew Rosen, Esq.
Phillip C. Kim, Esq.
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
*Attorneys for Lead Plaintiff Carl Meisner*
*and Plaintiff Annmarie Mallozzi*

William Francis Dahill, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
*Attorneys for Defendant Jorge Yepes*

Frederic S. Newman, Esq.
Sheryl Beth Galler, Esq.
Hoguet, Newman and Regal
10 East 40th Street
New York, NY 10016
*Attorneys for Defendant John Mazzuto*