UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNEMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                           Plaintiff,

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS
O'NEILL, and JAMES MARGULIES,

                           Defendants.
-----------------------------------------------------------------X

Case No. 1:07-10321 (GBD)

**NOTICE OF SUBSTITUTION OF ATTORNEY**

WE, THE UNDERSIGNED, do hereby consent and agree that ALSTON & BIRD, LLP, attorneys of record for the Defendant INDUSTRIAL ENTERPRISES OF AMERICA, INC., with offices located at One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309, be discharged, and that COZEN O'CONNOR, with offices located at 45 Broadway, New York, New York 10006, be substituted as attorneys of record for Defendant INDUSTRIAL ENTERPRISES OF AMERICA.

Dated:  July 25, 2008

                                                    ALSTON & BIRD, LLP

                                            by:  /s/ Robert J. Long (admitted *pro hac vice*)
                                                  Robert R. Long, Esq.
                                                  One Atlantic Center
                                                  1201 West Peachtree Street
                                                  Atlanta, Georgia 30309
                                                  (404) 881-7000
                                                  Retiring Attorneys for Defendant
                                                  Industrial Enterprises of America, Inc.

                                      COZEN O'CONNOR

by: /s/ Edward Hayum (EH 8434)
    Edward Hayum, Esq.
    45 Broadway Atrium
    Suite 1600
    New York, New York 10006-3792
    212-509-9400
    Substituting Attorneys for Defendant
    Industrial Enterprises of America

Consented to:

*/s/ James W. Margulies*

James W. Margulies
CEO
Industrial Enterprises of America, Inc.
30100 Chagrin Boulevard
Cleveland, Ohio 44124
216-514-3395