UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANNEMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,  

                        Case No. 1:07-10321 (GBD)

          Plaintiff,

                                  **STIPULATION**
  v.                                     **AND ORDER**

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS
O'NEILL, and JAMES MARGULIES,

          Defendants.
------------------------------------------------------------------------X

    IT IS HEREBY STIPULATED, by and among the Lead Plaintiffs and all appearing Defendants, by their respective undersigned attorneys, that all Defendants shall have through and including September 11, 2008, to answer or otherwise respond to the First Amended Complaint in this matter.

Dated:   July 30, 2008

                                                     WOLF HALDENSTEIN ADLER
                                                     FREEMAN & HERZ LLP

                                        by:  /s/ Gregory Mark Nespole
                                                Gregory Mark Nespole, Esq.
                                                270 Madison Avenue
                                                New York, New York 10017
                                                (212) 545-4693
                                                *Co-Lead Counsel for Plaintiffs*


                                                     THE ROSEN LAW FIRM, P.A.

                                       by:  /s/ Lawrence Matthew Rosen
                                                Lawrence Matthew Rosen, Esq.
                                                350 Fifth Avenue
                                                New York, New York 10118
                                                (212) 686-1060
                                                *Co-Lead Counsel for Plaintiffs*

          COZEN O'CONNOR

by: /s/ Edward Hayum (EH 8434)
    Edward Hayum, Esq.
    45 Broadway Atrium
    New York, New York 10006-3792
    (212) 509-9400
    *Attorneys for Defendant*
    *Industrial Enterprises of America*

          HOGUET NEWMAN & REGAL, LLP

by: /s/ Frederic S. Newman
    Frederic S. Newman, Esq.
    Sheryl Beth Galler, Esq.
    10 East 40th Street
    New York, New York 10016
    (212) 689-5101
    *Attorneys for Defendant John Mazzuto*

          WOLLMUTH MAHER & DEUTCH LLP

by: /s/ William Francis Dahill, Esq.
    William Francis Dahill, Esq.
    500 Fifth Avenue
    New York, New York 101110
    (212) 382-0050
    *Attorneys for Defendant Jorge Yepes*

          ALSTON & BIRD LLP

by: /s/ Robert R. Long
    Robert R. Long, Esq.
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    (404) 881-7000
    *Attorneys for Defendants*
    *Dennis O'Neill and James Margulies*

SO ORDERED:

_____
George B. Daniels, U.S.D.J.