USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANNEMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                 Plaintiff,

v.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
JOHN MAZZUTO, JORGE YEPES, DENNIS
O'NEILL, and JAMES MARGULIES,

                 Defendants.
-------------------------------------------------------------X

Case No. 1:07-10321 (GBD)

**ORDER FOR
ADMISSION
*PRO HAC VICE***

Upon the Motion of Edward Hayum, attorney for defendant Industrial Enterprises of America, Inc., the Affidavits of H. Robert Fiebach and David M. Doret, and the Affirmations in support of Edward Hayum,

IT IS HEREBY ORDERED that H. Robert Fiebach, and David M. Doret, both of Cozen O'Connor, 45 Broadway, New York, New York 10006, are admitted to practice *pro hac vice* as counsel for defendant Industrial Enterprises of America, Inc. in the captioned matter pending in the United States District Court for the Southern District of New York.

All attorneys appearing before the Court are subject to the Local Rules of the Court, including the rules governing discipline of attorneys. Said attorneys shall immediately apply for ECF passwords at nysd.uscourts.gov.

This Order confirms H. Robert Fiebach's and David M. Doret's appearance of counsel in this case, and the appearances will be entered on the Court's docket. A notation of the admission *pro hac vice* for this case will be made on the roll of attorneys and counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

ORDERED this _____ day of August, 2008.

AUG 1 4 2008

_George B. Daniels_
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**