UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANNMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                        CASE No.: 07-CV-10321 (GBD)

        Plaintiff,                    CLASS ACTION

        vs.                              CLERKS' CERTIFICATE

INDUSTRIAL ENTERPRISES OF AMERICA, INC.;
JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL;
and JAMES MARGULIES,

        Defendants.
-----------------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 14, 2007 (Docket no. 1) with the filing this action.  On July 2, 2008 Plaintiffs filed the First Amended Complaint naming for the first time Robert "Dan" Redmond as a defendant in this action (the "Defendant") (Docket no. 44).  On July 3, 2008 defendant Robert "Dan" Redmond was served with a Summons and First Amended Complaint, by personal service on his authorized agent, and proof of such service thereof was filed on July 10, 2008 (Docket no. 45).  I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the Defendant is hereby noted.

DATED:     New York, New York

          _Aug 19_, 2008

                                        J. MICHAEL MCMAHON
                                        Clerk of the Court

                                        By:_____
                                        Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
ANNMARIE MALLOZZI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

CASE No.: 07-CV-10321 (GBD)

      Plaintiff,

**CERTIFICATE OF SERVICE**

      vs.

INDUSTRIAL ENTERPRISES OF AMERICA, INC.;
JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL;
and JAMES MARGULIES,

      Defendants.
--------------------------------------------------------------------------X

    I, Phillip Kim, an attorney with the Rosen Law Firm, P.A., hereby certify under penalty of perjury, that a true and correct copy of the foregoing Clerk's Certificate, dated August 19, 2008, upon Defendant Robert "Dan" Redmond at: 651 Holiday Drive, Suite 300, Pittsburgh, PA 15520, by mailing and depositing a true and correct copy of said document in a USPS mail drop located at 350 5th Avenue, NY, NY 10118 on the following date: August 19, 2008. A true and correct copy of the foregoing was also served by CM/ECF to the parties registered to the Court's CM/ECF system.

    I certify that the foregoing is true and correct.

DATED:    New York, New York

             August 19, 2008

By:_____
    Phillip Kim, Esq.

1