

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES,<br><br>*Defendants.* | Case No.: 07-cv-10321 (GBD) |

## SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the firm of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., be and hereby is substituted as counsel for defendant James W. Margulies, in place of withdrawing counsel Alston & Bird, LLP, with the consent of Mr. Margulies as set forth in his Affidavit dated August 27, 2008, given Alston & Bird LLP's advice that it cannot continue as counsel in this litigation for defendants Industrial Enterprises of America, Inc., John Mazzuto, and Mr. Margulies.

PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN
A Professional Corporation
Superseding Attorneys.

By: /s/ *signature*   + *signature*
Douglas E. Motzenbecker (DM -0937)
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
Phone (973) 623-1000
Facsimile (973) 623-9131
dmotzenbecker@podvey.com

ANTHONY M. RAINONE
(AR-1011)

DATED: August 18, 2008

ALSTON & BIRD LLP
Withdrawing Attorneys.

By: /s/ *signature*
Robert R. Long
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone (404) 881-7000
Facsimile (404) 881-7777
robert.long@alston.com

DATED: August 15, 2008

SO ORDERED:   **SEP 0 3 2008**

/s/ George B. Daniels
United States District Judge
**HON. GEORGE B. DANIELS**

254009