UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                        :
ANNMARIE MALLOZZI, INDIVIDUALLY     :
AND ON BEHALF OF ALL OTHERS          : Civil Action No.:
SIMILARLY SITUATED,                       : 07 CV 10321 (GBD)
                                                       :
                     Plaintiff,                    :
                                                       :
            -- against --                 :
                                                       :
INDUSTRIAL ENTERPRISES OF AMERICA, :
INC.; JOHN MAZZUTO; JORGE YEPES;     :
DENNIS O'NEILL; and JAMES MARGULIES, :
                                                       :
                     Defendants.                :
                                                       :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

       **PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Defendant Dennis O'Neill.

Dated: New York, New York
         September 8, 2008

                                                FEDER, KASZOVITZ, ISAACSON,
                                                WEBER, SKALA, BASS & RHINE LLP

                                                By: _____/s/_____
                                                    Jonathan D. Honig (JH-7577)
                                                       David Sack (DS-6532)
                                                750 Lexington Avenue
                                                New York, New York 10022
                                                Telephone: (212) 888-8200

                                                Attorneys for Defendant
                                                Dennis O'Neill

TO:    All Counsel of Record (via ECF)