UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> *Plaintiff,* <br><br> v. <br><br> INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES, <br><br> *Defendants.* | Case No.: 07-cv-10321 (GBD) |

## SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the firm of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., be and hereby is substituted as counsel for defendant James W. Margulies, in place of withdrawing counsel Alston & Bird, LLP, with the consent of Mr. Margulies as set forth in his Affidavit dated August _____, 2008, given Alston & Bird LLP's advice that it cannot continue as counsel in this litigation for defendants Industrial Enterprises of America, Inc., Dennis O'Neill, and Mr. Margulies.

                                                PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN
A Professional Corporation
Superseding Attorneys.

By: _____
    Douglas E. Motzenbecker (DM -0937)
    One Riverfront Plaza, 8th Floor
    Newark, New Jersey 07102
    Phone (973) 623-1000
    Facsimile (973) 623-9131
    dmotzenbecker@podvey.com

DATED: September 5, 2008

ALSTON & BIRD LLP
Withdrawing Attorneys.

By: _____
    Robert R. Long (RL - ____)
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
    Phone (404) 881-7000
    Facsimile (404) 881-7777
    robert.long@alston.com

DATED: September 3, 2008

SO ORDERED:

_____
United States District Judge

254009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES,<br><br>*Defendants.* | Case No.: 07-cv-10321 (GBD) |

### AFFIDAVIT OF DEFENDANT JAMES W. MARGULIES

I, James W. Margulies, of full age hereby declare as follows:

1.    I am a defendant in the above-captioned matter, and am presently represented in this action by Alston & Bird LLP.

2.    It has come to my attention that Alston & Bird, LLP is no longer in a position to represent me and two other parties to this litigation, defendants Industrial Enterprises of America, Inc. and John Mazzuto.

3.    Accordingly, I hereby consent to the substitution of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman as my new attorneys.

*James W. Margulies*

Sworn and subscribed to before me this
__27__ day of __August__, 2008.

STATE OF OHIO         )
                     ) ss.
COUNTY OF CUYAHOGA )

_____
A Notary Public in and for the State
of Ohio

LEAH CAPLAN - Attorney At Law
Notary Public - State of Ohio
My commission has no expiration date
Section 147.03 R.C.

254013

2