

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNMARIE MALLOZZI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>INDUSTRIAL ENTERPRISES OF AMERICA, INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS O'NEILL; and JAMES MARGULIES,<br><br>*Defendants.* | Case No.: 07-cv-10321 (GBD) |

### SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the firm of Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP, be and hereby is substituted as counsel for defendant Dennis O'Neill, in place of withdrawing counsel Alston & Bird, LLP, with the consent of Mr. O'Neill as set forth in his Affidavit dated September 3, 2008, given that Alston & Bird, LLP is no longer in a position to represent

Dennis O'Neill and two other parties to this litigation, defendants Industrial Enterprises of America, Inc. and James W. Margulies.

Dated: September 3, 2008

          FEDER KASZOVITZ, ISAACSON, WEBER
          SKALA, BASS & RHINE LLP
          Superseding Attorneys.

By: _____
     Jonathan D. Honig
     750 Lexington Avenue
     New York, New York 10022-1200
     Telephone: 212-888-8200
     Fax: 212-888-7776
     Email: jhonig@fkiwsb.com
     *Substituting Counsel for Defendant*
     *Dennis O'Neill*

DATED: September 3, 2008

          ALSTON & BIRD LLP
          Withdrawing Attorneys.

By: _____
     Robert R. Long (Georgia Bar No. 141546)
     1201 West Peachtree Street
     Atlanta, Georgia 30309-3424
     Phone (404) 881-7000
     Facsimile (404) 881-7777
     robert.long@alston.com
     Retiring Attorneys for Defendant
     Dennis O'Neill

DATED: September 3, 2008

SEP 0 9 2008

So Ordered:

_____
United States District Court Judge
**HON. GEORGE B. DANIELS**

2