UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CARLOS MUNOZ, et. al.     Plaintiff,

07 Cv 10531 (AKH)

-against-

CHINA EXPERT
TECHNOLOGY INC., et. al.    Defendant.
------------------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending    [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Laurence M. Rosen, Esq., Attorney for Lead Plaintiffs Joseph Nunn, Basil Hantash, Bashar Hantash, Anna Hantash, Kenneth Price, and Named Plaintiff Carlos Munoz

[x]   Attorney

   [x]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: LR 5733 ; My State Bar Number is: 2255214

   [ ]   I am a Pro Hac Vice attorney

   [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

   From:_____

   To:_____

   [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[x] Address:   275 Madison Ave., Suite 3400
               New York, NY 10016

[ ] Telephone No.:   _____

[ ] Fax No.:   _____

[ ] E-Mail Address:

Dated: 10/26/2010             /s/ Laurence M. Rosen, Esq.
                              ATTORNEY'S SIGNATURE


```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

    CARLOS MUNOZ, et. al.        Plaintiff,        07__ Cv 10531_____ (AKH)

            -against-
    CHINA EXPERT
    TECHNOLOGY INC., et. al.     Defendant.
-------------------------------------------------- X
```

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Phillip Kim, Esq., Attorney for Lead Plaintiffs Joseph Nunn, Basil Hantash, Bashar Hantash, Anna Hantash, Kenneth Price, and Named Plaintiff Carlos Munoz

[x]   Attorney

    [x]   I am a United States District Court, Southern District of New York
        attorney.  My SDNY Bar Number is: PK 9384_____; My State Bar Number is: 4145397_____

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

    From:_____

    To:_____

    [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

[x] Address:       275 Madison Ave., Suite 3400
                   _____
                   New York, NY 10016
                   _____

[ ] Telephone No.: _____

[ ] Fax No.:       _____

[ ] E-Mail Address:

Dated: 10/26/2010                          /s/ Phillip Kim, Esq._____
                                           ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CARLOS MUNOZ, et. al.          Plaintiff,

07 Cv 10531 (AKH)

-against-

CHINA EXPERT
TECHNOLOGY INC., et. al.       Defendant.
---------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending            [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Timothy W. Brown, Esq., Attorney for Lead Plaintiffs Joseph Nunn, Basil Hantash, Bashar Hantash, Anna Hantash, Kenneth Price, and Named Plaintiff Carlos Munoz

[X]   Attorney

    [X]   I am a United States District Court, Southern District of New York
        attorney. My SDNY Bar Number is: TB 1008 ; My State Bar Number is: 4301495

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

    From:_____

    To:_____

    [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
        was entered on _____ by Judge_____.

[X] Address:          275 Madison Ave., Suite 3400
                    New York, NY 10016

[ ] Telephone No.:    _____

[ ] Fax No.:          _____

[ ] E-Mail Address:

Dated: 10/26/2010                    /s/ Timothy W. Brown, Esq.
                                  ATTORNEY'S SIGNATURE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 29th day of October, 2010, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence Rosen