UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANNMARIE MALLOZZI, et. al.   Plaintiff,

07 Cv 10321 (GBD)

-against-

INDUSTRIAL ENTERPRISES OF
AMERICA INC., et. al.   Defendant.
-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending      ☐ I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Laurence M. Rosen, Esq., Attorney for Lead Plaintiffs Carl Meisner, Ronald Goldenberg, and Carl Haeussler, and Named Plaintiff Shih Yuan Darren Lee

☒ Attorney

  ☒ I am a United States District Court, Southern District of New York
    attorney. My SDNY Bar Number is: LR 5733 ; My State Bar Number is: 2255214

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ Law Firm/Government Agency Association

  From:_____
  To:_____

  ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge_____.

☒ Address:   275 Madison Ave., Suite 3400
             New York, NY 10016

☐ Telephone No.:   _____

☐ Fax No.:   _____

☐ E-Mail Address:

Dated: 10/26/2010                /s/ Laurence M. Rosen, Esq._____
                                 ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANNMARIE MALLOZZI, et. al.   Plaintiff,    07 Cv 10321 (GBD)

    -against-

INDUSTRIAL ENTERPRISES OF
AMERICA INC., et. al.   Defendant.
-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending     [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Phillip Kim, Esq., Attorney for Lead Plaintiffs Carl Meisner, Ronald Goldenberg, and Carl Haeussler, and Named Plaintiff Shih Yuan Darren Lee

[x] Attorney

   [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: PK 9384 ; My State Bar Number is: 4145397

   [ ] I am a Pro Hac Vice attorney

   [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

   From:_____

   To:_____

   [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[x] Address:   275 Madison Ave., Suite 3400
                 New York, NY 10016

[ ] Telephone No.:   _____

[ ] Fax No.:   _____

[ ] E-Mail Address:

Dated: 10/26/2010             /s/ Phillip Kim, Esq._____
                                         ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANNMARIE MALLOZZI, et. al.   Plaintiff,                    07__ Cv 10321_____ (GBD)

    -against-
INDUSTRIAL ENTERPRISES OF
AMERICA INC., et. al.   Defendant.
-------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending       [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Timothy Brown, Esq., Attorney for Lead Plaintiffs Carl Meisner, Ronald Goldenberg, and Carl Haeussler, and Named Plaintiff Shih Yuan Darren Lee

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: TB 1008_____; My State Bar Number is: 4301495_____

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

    From:_____

    To:_____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[x] Address:   275 Madison Ave., Suite 3400
                 New York, NY 10016

[ ] Telephone No.:   _____

[ ] Fax No.:   _____

[ ] E-Mail Address:

Dated: 10/26/2010          /s/ Timothy W. Brown, Esq._____
                            ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 29th day of October, 2010, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence Rosen