UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

Annmarie Mallozzi

      Plaintiff,

  -against-

Industrial Enterprises of America, Inc.

      Defendants.

------------------------------------------------------------ x

ORDER

07 Civ. 10321 (GBD)

GEORGE B. DANIELS, District Judge:

    The conference is adjourned until May 31, 2011 at 9:30 am.

Dated: May 16, 2011
New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge

1