UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

MALLOZZI                                          Docket  Number: 07 CV 10321 (DLC)

        -against-                          NOTICE OF REASSIGNMENTS

INDUSTRIAL
-------------------------------------------------------

SEGUNDO                                          Docket Number:  11 CV  8836 (DLC)

        -against-

INDUSTRIAL
-------------------------------------------------------


    The above-entitled actions are:

| |
|---|
| [ X   ]Reassigned to the Hon. DENISE L. COTE (DLC)<br>      ****RELATED TO 11 CV 8470**** |
| |
| [    ] Reassigned Referral to Hon.                         ,Magistrate Judge |

| |
|---|
| [    ] Reassigned Designation to Hon.                         ,Magistrate Judge |


All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                    Ruby J. Krajick
                    Clerk of Court

Dated: 03/23/2012                    By:   PHYLLIS ADAMIK
                              Deputy Clerk