```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ANNMARIE MALLOZZI, individually and on     :
behalf of all others similarly             :
situated,                                  :
                                           :
                      Plaintiff,           :
           -v-                             :       07 Civ. 10321
                                           :
INDUSTRIAL ENTERPRISES OF AMERICA,         :
INC.; JOHN MAZZUTO; JORGE YEPES; DENNIS    :
O'NEILL; and JAMES MARGULIES,              :
                                           :
                      Defendants.          :
                                           :
-------------------------------------------X
                                           :
OPT OUT OF IEAM, LLC as Assignee, and      :
on behalf of the following individual      :
Shareholders who opted out of the prior    :
Class Action Proceeding against            :
defendant, Industrial Enterprise of        :
America, Inc. (IEAM); et al.,              :
                                           :
                                           :       11 Civ. 8470 (DLC)
                      Plaintiffs,          :
           -v-                             :
                                           :
INDUSTRIAL ENTERPRISES OF AMERICA,         :
INC., et al.,                              :
                                           :
                      Defendants.          :
                                           :
-------------------------------------------X
                                           :
ERNEST C. SEGUNDO, JR., and ERNEST C.      :
SEGUNDO, SR.,                              :
                                           :
                      Plaintiffs,          :
           -v-                             :
                                           :       11 Civ. 8836 (DLC)
INDUSTRIAL ENTERPRISES OF AMERICA,         :
INC., and LAURENCE M. ROSEN, ESQ., as      :          ORDER
Nominal Defendant Stakeholder,             :
                                           :
                      Defendants.          :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/23/12

DENISE COTE, District Judge:

These actions are now assigned to me for all purposes. It is hereby

ORDERED that there will be a conference for all parties in these actions on March 30, 2012 at 2:30 p.m.

Dated:   New York, New York
         March 23, 2012

                                     _____
                                              DENISE COTE
                                     United States District Judge